142 So. 682

### John Allen RIDDLE v. STATE.

### 5 Div. 121.

Supreme Court of Alabama.

June 11, 1932.

Paul J. Hooton, of Roanoke, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

BOULDIN, J.

Petition of John Allen Riddle for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Riddle v. State, 142 So. 680.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.